**AMERICAN TRAILER SERVICE, INC., Appellant,**

v.

**The HOME INSURANCE COMPANY, Respondent.**

No. C4–84–1452.

Supreme Court of Minnesota.

April 26, 1985.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of The Home Insurance Company for further review of the decision of the Court of Appeals be, and the same is, granted. Briefs shall be filed in the quantity, form and within the time limitations contained in Minn.R.Civ.App.P. 131 and 132. Counsel will be notified at a later date of the time for argument before this court. No requests for extensions of time for the filing of briefs will be entertained.

**William C. RIEMAN, Jr., Respondent,**

v.

**Jarrel D. JOUBERT, Appellant.**

No. C3–84–1412.

Supreme Court of Minnesota.

May 1, 1985.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Jarrel D. Joubert for further review of the decision of the Court of Appeals be, and the same is, granted and will be considered by the court en banc on the nonoral calendar. Briefs shall be filed in the quantity, form and within the time limitations contained in Minn.R.Civ.App.P. 131 and 132. No requests for extensions of time for the filing of briefs will be entertained.